

# Texas Department of Criminal Justice

—————————————————————————— Brad Livingston
Executive Director

October 12, 2015

The Honorable Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 15 2015
Abel Acosta, Clerk

RE: **JUAN MARTIN GARCIA, TDCJ #999360**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **JUAN MARTIN GARCIA,** issued in the District Court of Harris County, Texas 185th District Court, on May 19, 2015, which was carried out on October 6, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 43.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

cc: The Honorable Gregg Abbott, Governor
The Honorable Ken Paxton, Attorney General
Louise Pearson, Clerk, Court of Criminal Appeals
Kelly Enloe, Chairman, Classification & Records, TDCJ

CW/cf
Attach

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov
P.O. Box 13084 Capitol Station                                           P.O. Box 4004
Austin, Texas 78711-3084                                      Huntsville, Texas 77342-4004

# RETURN OF THE DIRECTOR OF THE INSTITUTIONAL DIVISION

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 21st day of June, 2000 and executed the 6th day of October, 2015 by the death of **JUAN MARTIN GARCIA**

DISPOSITION OF BODY:

DATE: October 6, 2015

TIME: 6:26 pm

_____
William Stephens, Director
Texas Department of Criminal Justice
Correctional Institutions Division

## CERTIFICATE

I hereby certify that the Death Warrant in the case of ***The State of Texas vs. JUAN MARTIN GARCIA*** issued in the 185th District Court of Harris County, Texas, on May 19, 2015 and was executed according to the laws of the State of Texas on October 6, 2015. The death of **JUAN MARTIN GARCIA** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at 6:26 p.m. on October 6, 2015. The body of the deceased was given into the custody of Carnes Funeral Home agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.



William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 6th day of October 2015.

**CONNIE E. WEICH**
Notary Public. State of Texas
My Commission Expires
11-06-2017
Notary Without Bond

Connie E. Weich

NOTARY PUBLIC, Walker County, Texas

My Commission expires: 11-06-2017

CAUSE NO. 797602

| STATE OF TEXAS | § | IN THE 185TH DISTRICT COURT |
|---|---|---|
| V. | § | OF |
| JUAN MARTIN GARCIA | § | HARRIS COUNTY, TEXAS |

## EXECUTION ORDER

This Court, having received the Mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals has denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 797602-A, now enters the following order:

IT IS HEREBY ORDERED that the Defendant, JUAN MARTIN GARCIA, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, until Tuesday, the 6th day of October, 2015, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said JUAN MARTIN GARCIA and until the said JUAN MARTIN GARCIA is dead, such procedure to be determined and supervised by the said Director of the Institutional Division of the Texas Department of Criminal

Justice.

The Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said JUAN MARTIN GARCIA. The Sheriff of Harris County, Texas is hereby Ordered, upon receipt of said Death Warrant, to deliver said Death Warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

SIGNED AND ENTERED this 19th day of May, 2015.



SUSAN BROWN
Presiding Judge
185th District Court
Harris County, Texas

CAUSE NO. 797602

# DEATH WARRANT

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 185TH DISTRICT COURT |
| V. | § | . OF |
| JUAN MARTIN GARCIA | § | HARRIS COUNTY, TEXAS |

TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF HARRIS COUNTY, TEXAS:

On the 17th day of February, 2000, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 25th day of February, 2000, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals' mandate affirming the above-named defendant's conviction for capital murder and having received notice of the Court of Criminal Appeals' denial of the defendant's initial application for writ of habeas corpus, if such application was timely filed, sentenced the above-named defendant to death for the offense of capital murder and ORDERS that the execution be had on Tuesday, the 6th day of October, 2015, at any time after the hour of 6:00 p.m., at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Harris County, Texas, is hereby commanded to transport the defendant to the Institutional Division of the Texas Department of Criminal Justice and deliver the defendant, if not already in the custody of the Institutional Division of the Texas Department of Criminal Justice, and this warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the defendant, if not already in the custody of the Institutional Division of the Texas Department of Criminal Justice, and the sheriff will return the receipt to the office of the District Clerk of Harris County, Texas.

The Director of the Institutional Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff the defendant and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m., on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant sufficient to cause death, and the injection of the substance or substances into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Witness my hand and seal of the 185th District Court of Harris County, Texas, at my office in the City of Houston, Texas, on the 14th day of _May_, 2015.

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy